UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KAMELAH MUHAMMAD | ) | |
|    PLAINTIFF, | ) | |
| V. | ) | Case No. 4:21-cv-00614-FJG |
| | ) | |
| CHARTER COMMUNICATIONS, INC. | ) | |
|    DEFENDANT. | ) | |

### PLAINTIFF'S MOTION TO COMPEL ARBITRATION AND MEMORANDUM IN SUPPORT

COMES NOW Plaintiff, Kamelah Muhammad ("Plaintiff") by and through her attorney, Gerald Gray II of G. Gray Law, and for her motion to compel arbitration in accordance with the Court's Order and memorandum in support. In support, Plaintiff states as follows:

This Court issued an Order that this matter be arbitrated pursuant to what it deemed was an enforceable arbitration agreement back on January 6, 2022. See. Doc. 21. However, to date, the parties have not begun the arbitration process despite numerous attempts by Plaintiff to do so. Plaintiff has initiated the arbitration process as required and instructed by Defendant but no action has occurred to choose an arbitrator and move the proceedings ahead. See Ex. A. However, Defendant's refuse to engage in arbitration and have only been interested in dismissal. See Id.

Plaintiff request that this Court Order Defendant initiate and participate in the arbitration process so this matter can move forward and Plaintiff can have this matter properly adjudicated. Further, Plaintiff seeks attorney fees for all time and resources associated with the filing of this motion.

Respectfully Submitted,

/s/ *Gerald Gray II*
Gerald Gray II, #67476
**G. GRAY LAW, LLC**
104 WEST 9TH STREET, SUITE 401
KANSAS CITY, MO 64108
(O) 816-888-3145
(F) 816-817-4683
ggraylaw@outlook.com
**ATTORNEY FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2022, Plaintiff's counsel filed the forgoing with on the Court's e-filing system which sent notice via electronic mail to all parties of record.

/s/ *Gerald Gray II*
Attorney for Plaintiff